> Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SUNSHINE BRADFORD, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE NUMBER: |
| | : 3:12-cv-1249 |
| AMBASSADOR PERSONNEL, INC., | : |
| | : Judge Trauger |
| Defendant. | : |

## JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Administrative Order No. 167, Section 5.07, Plaintiff Sunshine Bradford and Defendant Ambassador Personnel, Inc., by and through their undersigned counsel of record, hereby respectfully request the Court's leave to file under seal their "Confidential Settlement Agreement and General Release" because it contains confidential employment, settlement, and personal identification information. Contemporaneously, the parties are jointly moving the Court to approve their settlement under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201-219.

Respectfully submitted this 18th day of January, 2013.

/s/ Michael J. Wall
James G. Stranch, III, BPR 2542
Michael J. Wall, BPR 24774
BRANSTETTER, STRANCH
& JENNINGS, PLLC
227 Second Avenue North, Fourth Floor
Nashville, Tennessee 37201-1631
Phone: (615) 254-8801
Fax: (615) 255-5419
jims@branstetterlaw.com
mwall@branstetterlaw.com
*Attorneys for Plaintiff Sunshine Bradford*

1