Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SUNSHINE BRADFORD, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   **CIVIL ACTION FILE NUMBER:** |
| | :   **3:12-cv-1249** |
| AMBASSADOR PERSONNEL, INC., | : |
| | :   **Judge Trauger** |
|     Defendant. | : |

**JOINT MOTION FOR LEAVE TO FILE UNDER SEAL**

    Pursuant to Administrative Order No. 167, Section 5.07, Plaintiff Sunshine Bradford and Defendant Ambassador Personnel, Inc., by and through their undersigned counsel of record, hereby respectfully request the Court's leave to file under seal their "Confidential Settlement Agreement and General Release" because it contains confidential employment, settlement, and personal identification information. Contemporaneously, the parties are jointly moving the Court to approve their settlement under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201-219.

    Respectfully submitted this 18th day of January, 2013.

                                    /s/ Michael J. Wall
                                    James G. Stranch, III, BPR 2542
                                    Michael J. Wall, BPR 24774
                                    BRANSTETTER, STRANCH
                                    & JENNINGS, PLLC
                                    227 Second Avenue North, Fourth Floor
                                    Nashville, Tennessee 37201-1631
                                    Phone: (615) 254-8801
                                    Fax: (615) 255-5419
                                    jims@branstetterlaw.com
                                    mwall@branstetterlaw.com
                                    *Attorneys for Plaintiff Sunshine Bradford*