**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **SUNSHINE BRADFORD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION FILE NUMBER:** |
| | : | **3:12-cv-1249** |
| **AMBASSADOR PERSONNEL, INC.,** | : | |
| | : | **Judge Trauger** |
| **Defendant.** | : | |

---

**STIPULATED APPROVAL OF SETTLEMENT**
**AND ORDER OF DISMISSAL WITH PREJUDICE**

---

Upon consideration of the Joint Petition for Review and Approval of Settlement and Order of Dismissal with Prejudice, and for good cause shown, the Court determines that the settlement proposed by Defendant Ambassador and Plaintiff Bradford is a fair and reasonable resolution of a bona fide dispute between the parties over the Fair Labor Standards Act's provisions as they apply to Plaintiff Bradford. The Court therefore approves the settlement embodied in the Confidential Settlement Agreement and General Release ("Agreement"), a copy of which has been reviewed *in camera*. Pursuant to the terms of the Agreement, the above-captioned action is dismissed with prejudice, with each party bearing its own costs and attorneys' fees, except as otherwise provided in the Agreement.

SO ORDERED this 22nd day of ___January___, 2013.

_____
Honorable Aleta A. Trauger
United States District Court Judge
Middle District of Tennessee

1

APPROVED FOR ENTRY:


/s/ Michael J. Wall
James G. Stranch, III, BPR 2542
Michael J. Wall, BPR 24774
BRANSTETTER, STRANCH
& JENNINGS, PLLC
227 Second Avenue North, Fourth Floor
Nashville, Tennessee 37201-1631
Phone: (615) 254-8801
Fax: (615) 255-5419
jims@branstetterlaw.com
mwall@branstetterlaw.com
*Attorneys for Plaintiff Sunshine Bradford*


/s/ David A. Garland
**DAVID A. GARLAND**, BPR 25779
MOORE, CLARKE, DuVALL & RODGERS, P.C.
2829 Old Dawson Road (31707)
Post Office Drawer 71727
Albany, Georgia 31708-1727
T:  (229) 888-3338
F:  (229) 888-1191
E:  dgarland@mcdr-law.com
*Attorneys for Defendant Ambassador Personnel, Inc.*